

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Wyatt Peterson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WYATT PETERSON,<br><br>　　　　Defendant. | Case No. 2:16-mj-808-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Wyatt Peterson, that the Preliminary Hearing currently scheduled on January 11, 2017 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

　　This Stipulation is entered into for the following reasons:

　　1.　The parties are currently working on a pre-indictment resolution.

　　2.　Defendant is incarcerated and does not object to a continuance.

3.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 6th day of January, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By _/s/_<br>RAQUEL LAZO<br>Assistant Federal Public Defender | By _/s/_<br>BRANDON JAROCH<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WYATT PETERSON,<br><br>Defendant. | Case No. 2:16-mj-808-NJK<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 11, 2017 at the hour of 4:00 p.m., be vacated and continued to February 21, 2017, at 4:00 p.m., in Courtroom 3B. The Court further ORDERS that the stipulation at Docket No. 15 is UNSEALED.

DATED: January 11, 2017

_____
UNITED STATES MAGISTRATE JUDGE