```
RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org
```

Attorney for Wyatt Peterson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WYATT PETERSON,<br><br>Defendant. | Case No. 2:16-mj-808-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Wyatt Peterson, that the Preliminary Hearing currently scheduled on February 5, 2018 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  Defense counsel requires additional time to meet and confer with Mr. Peterson regarding the plea agreement. Defense counsel plans to visit Mr. Peterson next week as she is in trial this week.

2. The parties do not anticipate any further continuances absent extraordinary circumstances.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the sixth request for continuance filed herein.

DATED this 1st day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| /s/ Raquel Lazo<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | /s/ Brandon Jaroch<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>WYATT PETERSON,<br><br>      Defendant. | Case No. 2:16-mj-808-NJK<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 5, 2018 at the hour of 4:00 p.m., be vacated and continued to March 12, 2018, at 4:00 p.m., in Courtroom 3B.

    DATED this 1st of February, 2018.

                                                     UNITED STATES MAGISTRATE JUDGE