DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
DUSTIN R. MARCELLO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554
Fax: 702-474-4210
Email: dustin@fumolaw.com
Attorney for Defendant
WYATT PETERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:18-CR-00106-JAD-CWH |
| Plaintiff, | |
| vs. | **REQUEST TO APPEAR TELEPHONICALLY OR BY AUDIO/VISUAL** |
| **WYATT PETERSON**, | |
| Defendant. | |

**COMES NOW, DUSTIN R. MARCELLO, ESQ.,** counsel of record for **WYATT PETERSON** and moves this court to allow Counsel to appear at the hearing on Defendant's Motion to Withdraw Counsel either telephonically or by Audio Visual to the following situation. This hearing was originally scheduled for September 6, 2022. Counsel had made arrangements to be out of town attending to family matters in order to attend and was present the day of the hearing. However, it was learned Mr. Peterson refused to take a covid test and the hearing was postponed during the time Counsel would be out of the jurisdiction attending family matters. It is not believed the Government has an objection to this request.

It is respectfully requested that Counsel be permitted to appear by audiovisual or telephonically for the hearing scheduled on September 19, 2022.

-1-

DATED this 15th day of September 2022.

        /S/ *Dustin R. Marcello, Esq.*
**DUSTIN R. MARCELLO, ESQ.**
Nevada Bar No. 10134

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, I served a copy of the foregoing:

**REQUEST TO APPEAR TELEPHONICALLY** via the CM/ECF system upon the following.

**Government Counsel**:

Jim Fang

        /s/ *Dustin R. Marcello*.

**IT IS THEREFORE ORDERED** that Defendant's request to appear telephonically (ECF No. 102) is **GRANTED**. Defendant's counsel shall appear via videoconference. Defendant's counsel will receive a link before the hearing.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 16, 2022