UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Wayne Scott Peterson,<br><br>    Defendant | Case No.: 2:18-cr-00106-JAD-DJA<br><br>**Order Overruling Objection Filed Pro Se in Violation of Local Rule IA 11-6(a)**<br><br>ECF No. 109 |

Wayne Scott Peterson, a criminal defendant represented by counsel, has filed an objection to the magistrate judge's denial of his motion to disclose attorney's fees.  ECF No. 109.  Because Peterson is represented by counsel, he cannot personally file objections or motions at this time; it is his attorney who must file motions on his behalf.  Local Rule 11-6(a) explains that "A party who has appeared by attorney cannot while so represented appear or act in the case.  This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."[1]  In light of this rule, if Peterson believes that relief is necessary, he must ask his attorney to bring a motion on his behalf.  Peterson is cautioned that not all arguments that a defendant believes should be raised are meritorious, and there may be valid legal or strategic reasons that trained counsel may find it unnecessary, improper, or unwise for a criminal defendant to bring an issue to the attention of the court.

---

[1] LR IA 11-6(a).

Accordingly, IT IS HEREBY ORDERED that Peterson's pro se objection **[ECF No. 109] is OVERRULED.** Defense counsel is directed to provide a copy of this order to Peterson and consult with him regarding the issues he has raised in his pro se objection.

DATED: October 11, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE