UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WYATT SCOTT PETERSON,<br><br>        Defendant. | Case No. 2:18-cr-00106-JAD-DJA<br><br>**ORDER**<br><br>**ECF No. 135** |

    Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, July 17, 2023, at 3:30 p.m., be vacated and continued to October 23, 2023, at 3:00 p.m.

    DATED this 1st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE