# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00106-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| WYATT SCOTT PETERSON, | ECF No. 137 |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, October 23, 2023, at 3:00 p.m., be vacated and continued to December 12, 2023, at 10:00 a.m.

DATED this 13th day of September 2023.

_____
UNITED STATES DISTRICT JUDGE