**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WYATT SCOTT PETERSON,<br><br>　　　　Defendant. | Case No. 2:18-cr-00106-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 140 |

　　　Based on the stipulation and good cause appearing:

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 12, 2023, at 10:00 a.m., be vacated and continued to February 20, 2024 at 10:00 a.m.

　　　DATED this 15th day of November 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE