UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WYATT SCOTT PETERSON,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00106-JAD-DJA<br><br>**ORDER** |

　　　Based on the stipulation and good cause appearing:

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, February 20, 2024, at 10:00 a.m., be vacated and continued to May 2, 2024 at 10:30 a.m.

　　　DATED this 7th day of February 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE