UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>WYATT SCOTT PETERSON,<br><br>          Defendant. | Case No. 2:18-cr-00106-JAD-DJA<br><br>**ORDER** |

    Based on the stipulation and good cause appearing:

    IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, May 2, 2024, at 10:00 a.m., be vacated and continued to August 5, 2024 at 10:00 a.m.

    DATED this <u>25th</u> day of April 2024.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE