UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00106-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| WYATT SCOTT PETERSON, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, August 5, 2024, at 10:00 a.m., be vacated and continued to December 11, 2024 at 10:00 a.m.

DATED this 2nd day of August 2024.

_____
UNITED STATES DISTRICT JUDGE