# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00106-JAD-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| WYATT SCOTT PETERSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, December 11, 2024 at 10:00 a.m., be vacated and continued to February 20, 2025 at the hour of 10:00 a.m.

DATED this 3rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE

3